UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

              Plaintiff,

-against-

PROGRESSIVE.COM, *et al.*,

              Defendants.

19-CV-11202 (CM)

CIVIL JUDGMENT

COLLEEN McMAHON, Chief United States District Judge:

Pursuant to the order issued February 5, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 5, 2020
         New York, New York

                                               COLLEEN McMAHON
                                          Chief United States District Judge